———— FILED      ———— ENTERED
———— LODGED     ———— RECEIVED

NOV - 3 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY



**11-CV-01636-ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAMAL K. ROY,

                    Plaintiff,

    v.

UNITED STATES GOVERNMENT, et al.,

                    Defendants.

Case No. C11-1636-JLR

**ORDER OF DISMISSAL**

    The Court, having reviewed plaintiff's proposed complaint, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby **ORDER**:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's proposed complaint is **DISMISSED** with prejudice;

    (3)    Plaintiff's application to proceed *in forma pauperis* is **DENIED** as moot; and

    (4)    The Clerk shall close this case and send a copy of this Order to plaintiff and to Judge Tsuchida.

    DATED this _3ʳᵈ_ day of _Nov._, 2011.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1