FILED ___ ENTERED
LODGED ___ RECEIVED

NOV - 3 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

11-CV-01636-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAMAL K. ROY,

    Plaintiff,

v.

UNITED STATES GOVERNMENT, et al.,

    Defendants.

Case No. C11-1636-JLR

**ORDER OF DISMISSAL**

The Court, having reviewed plaintiff's proposed complaint, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's proposed complaint is **DISMISSED** with prejudice;

(3) Plaintiff's application to proceed *in forma pauperis* is **DENIED** as moot; and

(4) The Clerk shall close this case and send a copy of this Order to plaintiff and to Judge Tsuchida.

DATED this 3RD day of Nov., 2011.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1